# EXHIBIT F



# BARD® MDU℠

**PHYSICIAN EDUCATION CONTINUUM**

## TRAINING VERIFICATION FORM

| | |
|---|---|
| **Preceptor Name:** | **Barbara Nylander, MD & Carl Wingo, MD** |
| **Training Date:** | **01/16/2008** |
| **Phone Number:** | **615-329-5060** |
| **Hospital Name:** | **CENTENNIAL WOMEN'S** |
| **Address:** | **2221 MURPHY AVENUE** |
| **City/State/Zip:** | **NASHVILLE, TN 37203** |
| **Preceptor Signature:** | |

| Physician Name (Print) | Date | Procedure(s) Performed | Product(s) Used |
|---|---|---|---|
| Dr. Janet Dittus | 01/16/2008 | Anterior or Posterior Avaulta | AVAULTA |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Please return by email at Bard.MDU@crbard.com or fax to 1-866-382-3383.**

D000659