UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MICHAEL SMITH,                    ]
                                  ]
    Plaintiff,                    ]
                                  ]
v.                                ]    No. 3-09-0139
                                  ]    JUDGE HAYNES
                                  ]
C.R. BARD, INC.,                  ]
                                  ]
    Defendant.                    ]

O R D E R

In accordance with the Memorandum filed herewith, Defendant's motion for summary judgment (Docket Entry No. 73) is **GRANTED**. Plaintiff's motion for partial summary judgment (Docket Entry No. 72) is **DENIED**. This action is **DISMISSED** with prejudice.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 9th day of August, 2010.

_____
WILLIAM J. HAYNES, JR.
United States District Judge